Robert B. Zelms, Bar No. 018956
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
6909 East Greenway Parkway, Suite 200
Scottsdale, Arizona 85254
480-609-4472
480-477-5268 Facsimile
rbz@manningllp.com

Attorneys for Defendants Casebolt & Germaine, PLC
 and Marvin J. Schenk

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Adela M. Short, | Case No.: |
| Plaintiff, | |
| vs. | (Arizona Superior Court, Maricopa County Case No. CV2011-093632) |
| Wells Fargo Bank, National Association; Casebolt & Germaine, PLC; Marvin J. Schenk; Black Partnerships I-X; White Corporations I-X; Doe I-X, | **NOTICE OF REMOVAL** |
| Defendants | |

COMES NOW, Defendants Casebolt & Germaine, PLC and Marvin J. Schenk (Casebolt), by and through its attorneys, MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP, and for its Notice of Removal of this action to the United States District Court, state as follows:

1.  Casebolt & Germaine, PLC and Marvin J. Schenk are Defendants and Adela M. Short is the Plaintiff in an action commenced in the Superior Court of the State of Arizona, in and for Maricopa County, designated as Case No. CV2011-093632. The action was commenced by service of process on Casebolt & Germaine, PLC, April 19,

2011. Defendant Casebolt & Germaine, PLC first received a copy of Plaintiff's Complaint on April 19, 2011, and no further proceedings have been had therein.

2. Plaintiff is an individual residing in the State of Arizona.

3. Defendant Casebolt & Germaine, PLC is an Arizona law firm registered as an Arizona professional limited liability company. No change in the state of incorporation or principal place of business of Casebolt & Germaine, PLC has occurred since commencement of this action.

4. Defendant Marvin J. Schenk is an attorney licensed to practice law in Arizona.

5. The Complaint is a civil action alleging that Defendants failed to properly renew a judgment against Plaintiff and improperly continued to garnish Plaintiff's wages. Plaintiff's three claims for relief are identified as: (1) Wrongful Garnishment; (2) Conversion; and (3) Punitive Damages.

6. Plaintiff has brought this action against Defendants for alleged violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

7. Plaintiff's Complaint and claims for recovery in the action to be removed necessarily "arise under" federal law. Plaintiff's Complaint and cause of action presents a federal question.

8. This Notice of Removal is accompanied by copies of all process, pleadings and orders served upon Defendant in this action. See Exhibit 1.

9. Defendant Wells Fargo Bank has consented to removal to Federal Court. See Exhibit 2.

10. This Notice of Removal is being filed within thirty (30) days after receipt of the initial pleading setting forth the claim for relief in this action, and the time for filing this Notice of Removal pursuant to 28 U.S.C. 1446(b) has not expired.

11.     This Notice of Removal is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendants notify the Court of the removal of this action from the Superior Court of the State of Arizona, in and for the County of Maricopa.

Dated: <u>May 19, 2011</u>

**MANNING & KASS**
**ELLROD RAMIREZ TRESTER LLP**


By: <u>s/Robert B. Zelms</u>
Robert B. Zelms
Attorneys for Defendants Casebolt & Germaine, PLC and Marvin J. Schenk

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2011, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of said document to the following recipients via regular mail:

Floyd W Bybee
Floyd W Bybee PLLC
2473 S Higley Rd Suite 104 308
Gilbert, AZ 85295-1103
Attorney for Plaintiff

John M. DeStefano, III
Snell & Wilmer, LLP
One Arizona Center
400 East Van Buren Street, Suite 1900
Phoenix, Arizona 85004
jdestefano@swlaw.com
Attorneys for Wells Fargo Bank

s/Julie Rawlings