**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adela M. Short, | |
| Plaintiff, | No. CV-11-0999-PHX-PGR |
| vs. | |
| Wells Fargo Bank, National Association, et al., | ORDER |
| Defendants. | |

The plaintiff having filed a Notice of Settlement With All Parties (Doc. 42) on December 13, 2011,

IT IS ORDERED that the defendants' Motion for Judgment on the Pleadings (Doc. 38) is deemed withdrawn without prejudice to being reinstated upon motion if the settlement is not effectuated.

IT IS FURTHER ORDERED that a hearing regarding the status of the settlement shall be held on **Monday, February 27, 2012, at 11:30 a.m.** in Courtroom 601, to be automatically vacated if the parties file a stipulated notice of dismissal, or other appropriate dismissal documentation, prior to that date.

DATED this 17th day of January, 2012.

Paul G. Rosenblatt
United States District Judge