IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adela M. Short,<br><br>    Plaintiff,<br><br>vs.<br><br>Wells Fargo Bank, National Association, et al.,<br><br>    Defendants. | No. CV-11-0999-PHX-PGR<br><br><br>ORDER |

The parties having filed a Stipulation of Dismissal With Prejudice (Doc. 46) which is sufficient to automatically effectuate the dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 and n.4 (9th Cir.1986),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 24th day of February, 2012.

_____
Paul G. Rosenblatt
United States District Judge